**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **THOMAS ECCLESTON** and **JAMES BUECHLER**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BROWN PAINDIRIS & SCOTT, LLP**,<br><br>Defendant. | Case No. 3:25-cv-00510 |

**UNOPPOSED MOTION TO WITHDRAW**
**<u>AND SUBSTITUTE INTERIM CO-LEAD CLASS COUNSEL</u>**

Pursuant to Local Civil Rule 7(e) of the United States District Court for the District of Connecticut, Kennedy M. Brian of Federman & Sherwood respectfully requests that this Court: (i) grant Kennedy M. Brian of Federman & Sherwood leave to withdraw her appearance as one of the attorneys in this matter; and (ii) substitute Jessica A. Wilkes of Federman & Sherwood to serve in Ms. Brian's place as Interim Co-Lead Class Counsel. In support of this Motion, Ms. Brian states as follows:

1. On April 22, 2025, Plaintiff Buechler, by and through his attorneys, William B. Federman of Federman & Sherwood, Kennedy M. Brian of Federman & Sherwood, and local counsel Shannon L. Hopkins of Levi & Korsinsky filed a putative class action against Defendant Brown Paindiris & Scott, LLP (the "*Buechler* Action") (Case No. 3:25-cv-00629; ECF No. 1).

2. On April 24, 2025, Ms. Brian and Mr. Federman were admitted to practice *pro hac vice* before this Court (Case No. 3:25-cv-00629; ECF Nos. 11 and 12).

3. On July 3, 2025, the *Buechler* Action was consolidated with another related putative class action lawsuit into the above-captioned matter (the "Consolidated Action"). (ECF No. 25).

4. Also on July 3, 2025, the Court appointed Kennedy M. Brian of Federman & Sherwood and Raina Borrelli of Strauss Borrelli PLLC to serve as Interim Co-Lead Class Counsel and Shannon Hopkins to serve as Interim Liaison Class Counsel in the Consolidated Action. (ECF No. 24).

5. Ms. Brian will leave the law firm of Federman & Sherwood on November 14, 2025.

6. Plaintiff Buechler will continue to be represented by Federman & Sherwood through attorneys William B. Federman and Jessica A. Wilkes[1] and local counsel Shannon Hopkins.

7. Ms. Wilkes is eminently qualified to serve as Interim Co-Lead Class Counsel with Ms. Borrelli in Ms. Brian's place. (*See* **Ex. 1** (Federman & Sherwood Firm Resume)).

8. Ms. Borrelli and Ms. Hopkins do not oppose the withdrawal or substitution.

9. Counsel for Defendant does not oppose this Motion.

---

[1] Attorney Jessica Wilkes was granted *pro hac vice* admission on November 4, 2025. (ECF No. 39).

10. This withdrawal and substitution will not delay the proceedings and is not being sought for an improper purpose.

WHEREFORE, Ms. Brian respectfully requests the Court grant her leave to withdraw and appoint Jessica A. Wilkes of Federman & Sherwood to serve in her place as Interim Co-Lead Class Counsel with Ms. Borrelli.

Date: November 11, 2025

Respectfully submitted,

*/s/: Kennedy M. Brian*

Kennedy M. Brian
(*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: kpb@federmanlaw.com

*/s/: Jessica A. Wilkes*

Jessica A. Wilkes
(*pro hac vice*)
William B. Federman
(*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: wbf@federmanlaw.com
E:jaw@federmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/: Kennedy M. Brian*